**FILE COPY**



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 2, 2017

Seth Kretzer
LAW OFFICES OF SETH KRETZER
440 Louisiana, Suite 1440
Houston, TX 77002
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers:  07-17-00077-CR, 07-17-00078-CR
Trial Court Case Number: 26,245-A

**Style:** Jeremy William Amero v. The State of Texas

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellant's brief is this day granted.  The brief is due on or before **Friday, August 18, 2017**.

Ordinarily, the Court does not grant requests for subsequent extensions absent good cause.  The Court does not generally consider the normal press of business good cause.  *See Curry v. Clayton*, 715 S.W. 2d 77, 79 (Tex. App.—Dallas 1986, no writ).

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:    James A. Farren (DELIVERED VIA E-MAIL)